UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**Dana M. Fadley,**

Debtor(s)

Chapter 13

Case No. 16-10363

### ORDER ALLOWING AND DISALLOWING CLAIMS AND MODIFYING PLAN

This matter came before the Court on the motion filed by the Debtor or Debtors (hereafter, the "Debtor"). After notice and hearing or opportunity for hearing, and for good cause shown, it is hereby ORDERED:

**I. ALLOWANCE OF CLAIMS**. The following claims are allowed pursuant to 11 U.S.C. § 502 as follows.

**A. Administrative Expense Claims**. The trustee's fees shall be paid as provided by 28 U.S.C. § 586. Other administrative expense claims are allowed as follows, and the confirmed plan is modified only as necessary to provide for such claims.

1. Trustee statutory fee (calculated at 10% of plan total): $6,948.00
2. Total Debtor's attorney fees and expenses allowed to date through plan: $0.00
3. Administrative expense reserve: $2,565.55
4. Other: $0.00

**B. Secured Claims Paid Directly By Debtor or Third Parties**. The following secured claims shall be paid directly by the Debtor or a third party pursuant to the existing contract(s). The lien securing each such claim shall not be impaired. Each claim to be paid by the Debtor shall not be discharged pursuant to 11 U.S.C. § 1328 unless (i) the Debtor surrenders the collateral during the term of the plan, (ii) the Court orders the return of the collateral to the creditor, or (iii) the Court grants relief from the automatic stay authorizing the creditor to enforce its state-law interests against the collateral. If any portion of such secured claim has been or shall be paid by the trustee (e.g., to cure prepetition arrears), then such portion is allowed elsewhere in this order.

| Claim # | Creditor Name | Collateral | Details |
|---|---|---|---|
| | None | | |

**C. Secured Claims Paid By Trustee From Debtor's Funds**. The following secured claims are hereby allowed and have been or shall be paid by the trustee from funds paid by the Debtor. Treatment of such claims is set forth in the confirmed plan, which is hereby modified only as necessary to provide for payment by the trustee as set forth below for each secured creditor.

Plan Mo. 1 = July 2016

| Claim # | Creditor Name | Allowed Amount | Interest Amount & Rate | Total Payments | Payment Schedule | |
|---|---|---|---|---|---|---|
| 7 | First Niagara Bank | $13,603.09 | $495.26 | $14,098.35 | Pro rata starting: | Mo. 1 |
| . | Collateral: 2013 Subaru Forrester | | 4.00% | | | |
| . | TOTALS: | $13,603.09 | $495.26 | $14,098.35 | | |

**D. Cure of Executory Contracts and Unexpired Leases**. Monetary defaults on the following executory contracts and unexpired leases will be cured as follows by payments by the trustee from funds paid by the Debtor. The confirmed plan is modified only as necessary to provide for payment by the trustee as set forth below to cure each executory contract and/or unexpired lease.

| Claim # | Creditor Name | Claim Description | Allowed Claim | Interest | Interest Rate | Total Payments |
|---|---|---|---|---|---|---|
| NA | None | NA | | | | |
| . | | TOTALS: | | | | |

**E. Priority Claims.**  The following priority unsecured claims shall be paid as follows by the trustee from funds paid by the Debtor.  Treatment of such claims is set forth in the confirmed plan, which is hereby modified only as necessary to provide for payment by the trustee as set forth below for each priority creditor.

| Claim # | Creditor Name | Claim Description | Allowed Claim | Interest | Interest Rate | Total Payments |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | taxes | $37,849.73 | | | $37,849.73 |
| 12 | Celena Knapp | wages | $6,938.15 | | | $6,938.15 |
| . | | TOTALS: | $44,787.88 | | | $44,787.88 |

**F. General Unsecured Claims.**  The following unsecured claims not entitled to priority status are hereby allowed.  Treatment of such claims, including provisions for Small Claims and other classes of general unsecured claims, is set forth in the confirmed plan, which is hereby modified as set forth below.  The trustee shall pay such claims accordingly.

Special Classes:  All special classes, if any, are noted below and shall be paid in full by the trustee.

The sum of at least $1,080.21 shall be available for payment to allowed Class One and Class Two (Small) Claims, plus any unused portion of the administrative expense reserve.

| Claim # | Creditor Name | Allowed Claim |
|---|---|---|
| 2 | Capital One, NA | $4,215.98 |
| 3 | Capital One, NA | $1,153.93 |
| 4 | American Express Bank | $13,884.29 |
| 5 | Capital One Bank | $1,211.24 |
| 6 | Capital One Bank | $208.31 |
| 8 | U.S. Department of Education | $100,988.42 |
| 9 | TD Bank USA | $2,458.54 |
| 10 | Midland Funding LLC | $3,895.83 |
| 11 | Midland Funding LLC | $2,172.88 |
| 13 | Celena Knapp | $5,213.32 |
| 14 | Department Store National Bank | $529.61 |
| 1 | Internal Revenue Service | $22,073.38 |
| . | TOTAL: | $158,005.73 |

**II. RESOLUTION OF OBJECTIONS TO CLAIMS.**  The Debtor's objections to claims, if any, are resolved as follows:

| Claim # | Creditor Name | Disposition |
|---|---|---|
| 15 | Town of Dover-Foxcroft | claim disallowed |

**III. PLAN CONFIRMATION AND MODIFICATION.**

The plan was previously confirmed.  The distribution to creditors does not change, but the payment schedule is modified to provide that the Debtor has paid the trustee $3690 as of January 25, 2017.  He will pay the trustee $615 per month commencing in February, 2017 for six months, then pay $1350 per month for 46 months.  The total base plan is $69,480 and the term is 59 months. The Debtor shall also pay the trustee as additional plan contributions all state and federal tax refunds in excess of $1,200.00 per year.

## IV. SUMMARY.

|   |   |   | Percent of Plan |
|---|---|---:|---:|
| A. | Total Funds to Trustee (Base Plan): | $69,480.00 | 100.00% |
| B. | Disbursements: | | |
| 1. | Trustee Statutory Fee: | $6,948.00 | 10.00% |
| 2. | Atty. Fees & Expenses Allowed Through Plan: | $0.00 | 0.00% |
| 3. | Administrative Reserve: | $2,565.55 | 3.61% |
| 4. | Other Administrative Expenses: | $0.00 | 0.00% |
| 5. | Secured Claims and Interest: | $14,098.35 | 20.31% |
| 6. | Priority Claims: | $44,787.88 | 64.52% |
| 7. | Gen. Unsecured Claims: Classes One & Two | $1,080.21 | 1.56% |
| 8. | Gen. Unsecured Claims: Special Classes | $0.00 | 0.00% |
| C. | TOTAL Disbursements (Base Plan): | $69,479.99 | 100.00% |
| D. | Tax refunds due to plan from tax years ending prior to January 1, 2016 | $0.00 | |
| E. | TOTAL Plan (Base + Tax Refunds): | $69,480.00 | |

## V. OTHER

N/A


Date: _____            _____
                                                 Judge, United States Bankruptcy Court
                                                 District of Maine