United States Bankruptcy Court

| | | | Page | 1 |
|---|---|---|---|---|
| In RE: | DANA M. FADLEY<br>53 RIVER FIELD ROAD<br><br>TRENTON ME 04605 | | Case Number | **16-10363-ME** |
| | | | SS #(1): | xxx-xx-1950 |
| | | | SS #(2): | xxx-xx- |

## Interim Final Report and Account

**Case Filed:**  6/16/2016   **Plan Confirmed:**  11/7/2016

**Report Prepared:**  04/09/2021

Pursuant to Chapter 13 Rule 2015(c), the trustee has maintained a detailed record of all receipts including the source or other identification of each receipt and of all disbursements. Copies of these records will be filed with the Court, along with the closing report, and as provided by Chapter 13 Rule 2015(c) are incorporate by reference in this report.

**RECEIPTS:** Amount paid to the trustee by or for the Debtor for benefit of Creditors.    $69,480.00

**Distributions to Creditors**

| Creditor Name | Class | Payment Authorized | Amount Paid | Balance Due |
|---|---|---|---|---|
| Internal Revenue Service | Priority | 37,849.73 | 37,849.73 | $0.00 |
| Internal Revenue Service | Unsecured | 522.86 | 522.86 | $0.00 |
| Capital One Bank USA | Unsecured | 99.87 | 99.87 | $0.00 |
| Capital One Bank USA | Unsecured | 50.00 | 50.00 | $0.00 |
| American Express | Unsecured | 328.88 | 328.88 | $0.00 |
| Capital One Bank USA | Unsecured | 50.00 | 50.00 | $0.00 |
| Capital One Bank USA | Unsecured | 50.00 | 50.00 | $0.00 |
| First Niagara Bank | Secured | 12,846.22 | 12,846.22 | $0.00 |
| U.S. Department of Education | Unsecured | 2,392.17 | 2,392.17 | $0.00 |
| TD Bank USA, N.A. | Unsecured | 58.24 | 58.24 | $0.00 |
| Midland Credit Management, Inc | Unsecured | 92.28 | 92.28 | $0.00 |
| Midland Credit Management, Inc | Unsecured | 51.47 | 51.47 | $0.00 |
| U.S. Bankruptcy Court | Priority | 6,938.15 | 6,938.15 | $0.00 |
| U.S. Bankruptcy Court | Unsecured | 123.49 | 123.49 | $0.00 |
| Department Store National Bank | Unsecured | 50.00 | 50.00 | $0.00 |
| Town of Dover-Foxcroft | Secured | 0.00 | | Disallowed |
| BANGOR SAVINGS BANK | Secured | 0.00 | | Not Filed |
| EASTERN MAINE DEVELOPMENT CORP | Secured | 0.00 | | Not Filed |
| CHASE | Unsecured | 0.00 | | Not Filed |
| FIRST NIAGARA BANK | Unsecured | 0.00 | | Not Filed |
| JAMIE L. GRANT | Unsecured | 0.00 | | Not Filed |

Continued on Next Page

United States Bankruptcy Court

| In RE: | DANA M. FADLEY | | | Case Number | **16-10363-ME** | Page 2 |

| Distributions to Creditors<br>Creditor Name | Class | Payment<br>Authorized | Amount<br>Paid | Balance<br>Due |
|---|---|---|---|---|
| LIANNE HARRIS | Unsecured | 0.00 | | Not Filed |
| SUSAN EDSON | Unsecured | 0.00 | | Not Filed |
| DOVER FOXCROFT WATER DISTRICT | Unsecured | 0.00 | | Not Filed |
| TOWN OF DOVER-FOXCROFT SEWER | Unsecured | 0.00 | | Not Filed |

## INTERIM SUMMARY OF CLAIMS ALLOWED AND PAID

Case Number: 16-10363-ME

| | Refund | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other |
|---|---|---|---|---|---|---|---|---|
| Total Allowed | | $12,846.22 | $44,787.88 | $3,869.26 | $0.00 | $2,136.12 | $0.00 | $5,840.52 |
| Principal Paid | | $12,846.22 | $44,787.88 | $3,869.26 | $0.00 | $2,136.12 | $0.00 | $5,840.52 |
| Interest Paid | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

### DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| Debtor's Attorney | Fee Allowed | Fee Paid |
|---|---|---|
| McCue Law Office | 1,255.10 | 1,255.10 |
| McCue Law Office | 881.02 | 881.02 |
| McCue Law Office | 2,000.00 | 0.00 |

### COURT COSTS & OTHER EXPENSES OF ADMINISTRATION

| Trustee Notice Fees | Trustee's Expense & Compensation Fund | Court Notice Fees | Total Cost & Expense |
|---|---|---|---|
| 0.00 | 5,840.52 | 0.00 | 5,840.52 |

### SUMMARY

| | |
|---|---|
| Receipts - Amount Paid to Trustee by Debtor | 69,480.00 |
| Total Paid to Principal & Interest | 61,503.36 |
| Refund to Debtor | 0.00 |
| Paid to Debtor's Attorney | 2,136.12 |
| Court Cost & Other Expenses of Administration | 5,840.52 |
| Total Disbursements | 69,480.00 |
| Remaining Funds on Hand | 0.00 |

RECEIPTS: Amount paid to the trustee by or for the Debtor for benefit of Creditors.

/s/ Andrew M. Dudley
Andrew M. Dudley
STANDING CHAPTER 13 TRUSTEE

/s/ Andrew M. Dudley, Standing Chapter 13 Trustee
Standing Chapter 13 Trustee
Post Office Box 429

Brunswick, ME 04011

Debtor(s):
DANA M. FADLEY
53 RIVER FIELD ROAD
TRENTON, ME 04605

Debtor's Attorney:
McCue Law Office
PO Box 655
Hampden, ME 04444-